and with that we'll proceed with argument in the first case today United States v. Igboanugo. Good morning your honors may it please the court Devin Burstein on behalf of Mr. Igboanugo I will attempt to save two minutes for rebuttal. Your honors in this case the government refused to move for the third level acceptance of responsibility reduction because Mr. Igboanugo would not quote agree to the sentencing factors in a plea agreement. In the prosecutor's own words that's the reason. Under section 3e 1.1 B however that is an improper basis for denying the third level. Therefore the district court erred in overruling Mr. Igboanugo's objection and not granting him third level reduction. Is that the only reason? I mean are there other reasons we can consider? No your honor you would I assume would take the prosecutor as an officer of the court at his or her word. Well I'm not saying the prosecutor was lying but we have in some areas of the law we have case law so for jury selection for example if we're doing an analysis where there's been discrimination whatever the prosecutor says at the time of trial is the end of it. Other circumstances you know the oral argument is only part of the picture and it seems to me the government's brief did offer us other justifications you can you can question those factually as whether they're after the fact rationalizations but is there any law that prevents the government for offering other reasons for us to consider now? It's almost the analogy to the affirm for any reason that appears in the record is what comes to my mind and I don't think I've seen that in suppression issues but I don't think that would apply in this context where it's specific to a specific reason that the government needs to base its decision on so perhaps if there was overwhelming evidence that it was trial related it just somehow didn't appear in the record that would be one circumstance but where you have the affirmative statement that's the reason that is I would suggest what the court should be reviewing that is the reason. But so now they're arguing that there were also delays from your client that caused trial preparation. Are there fact disputes on that issue? If we think that that might be a reason for denying or denying this reduction would we remand or what do you think we should do in that instance? If there were a fact if there were a factual issue I think a remand for a further hearing would be appropriate. We would certainly welcome that but if I could suggest why that is not accurate on this record as the court has it. First and foremost if it's something as simple as trial preparation which is the standard the government would just simply say we prepared for trial that's the reason. On this point the silence is telling but there's more there's more the government affirmatively filed a submission with the district court saying we're gonna need a continuance because we're not prepared for trial. So we have the stated reason and then we have the flip side of the coin the government affirmatively stating we're not prepared for trial. So yes your honor if there's a factual dispute that the court believes needs further resolution a remand is appropriate. If as we submitted there is not a factual dispute on this record because of both both affirmative statements then simply a guidelines and then the district court can go from there. We've also unless the court has further questions on that issue I'm prepared to move on to the loss calculation issue. I don't intend to address vulnerable victims unless the court has specific questions. Loss calculation the major problem here is that the excuse me while I transfer on to a different screen my iPad. Welcome to modern technology. Welcome to modern technology exactly your honor. So the major problem with the loss calculation in this case is that there was one spreadsheet. We know there's no dispute it's a the postal inspector created a spreadsheet. Spreadsheet went from postal inspector to PSR from PSR directly to the district court and that's what the district court adopted. So if that spreadsheet is reasonable we lose. But we can't determine that on this record and we know we can't determine it on this record because as the PSR specifically said and as the government conceded accurately in its brief that included the losses from both schemes. The secret shopper scheme to which my client pleaded guilty and the lottery scheme. It says that's what it did. Now we know that Mr. Igbo Inugo went way out of his way to say I did not to participate in his lottery scheme. Is the district court required to believe that? No but the district court did believe it because the district court let me quote and that way you don't have to take my word for it. First I'll quote the government and then I'll quote the district court. This is what the government said to the district court in in right before the plea. The indictment alleges a scheme with two prongs to it. A lottery prong and a mystery shopper prong. The defendant has maintained that the scope of his participation and the involved was only the mystery shopper scope not the lottery scope and the factual basis that is the factual basis the government drafted does not reference the lottery portion of the scheme at all. The government is telling the district court we're not going on the lottery scheme. The district court then at ER 209 210 says when he entered the plea Mr. Igbo Inugo indicated he was not admitting to a lottery scheme. He was admitted he was admitted admitting to the secret shopper scheme. So the district court knows very well and your honor let's just say it were otherwise and I'm wrong and what is the point of this plea? Why plead to three counts when you're being held responsible for all of the counts? Oh we get that a lot. I mean lots of drug cases you plea on two counts but your sentence is going to reflect something lower. That's true and I mean that is true but I've never seen it where they've gone out of their way both the lottery scheme judge no lottery scheme and the judge says yeah I understood no lottery scheme. If there was a finding that this were relevant conduct I'd have a much harder argument before the court certainly. There was no finding and everything in the record suggests to the contrary. So to now come in after the fact after you've stood up and said to the district court we're not charging we're not making him plead and we're not even alleging in the factual basis the I think it's a bridge that doesn't reach and therefore because we know beyond any doubt that the loss calculation was based on both schemes it's simply we can't determine if it's reasonable. That your honor goes back to your question where there's a factual dispute. Perhaps we go back and the postal inspector testifies you know what 99% of that sheet is secret shopper and then okay well that's reasonable but what if she says the opposite. What if she says you know what 90% of that loss calculation is lottery. Then my client has had a 14 level increase his liberty has been taken away based on facts that simply do not apply to him. That is beyond unfair and that that's just not justice. Does anything preclude the district court from making a finding that there were two separate mechanisms but ultimately was one scheme and your client was involved in both? On a remand on an open record after a full hearing? No. Okay. No absolutely not. I see I'm almost at two minutes unless the court has further questions I'll sit down. They may. Thank you so much. May it please the court Ellen Lansdon on behalf of the United States. The defendant in this case is not entitled to the third point under sentencing guideline section 3e 1.1b because the record is clear that he did not timely plead. The application. But isn't he right that the government filed something saying we're not ready for trial we have a attorney out for emergency reasons? There was that filing but the fact remains that on the day set for trial December 2nd 2014 which was the second continued trial date made by the court. One year after the defendant you have three choices today. Plead guilty, continue the trial, or go to trial. There was a jury waiting in the wings. If the defendant had said you know what I want to go to trial the government would have had to go to trial. It's not the government's right to wait waive speedy trial. So the government didn't make this argument below did it? The government actually did. It was the prosecuting attorney. Where is that? Because I thought I thought the argument was that he didn't agree to the sentence. In the government's sentencing position she explicitly states that the third point is being withheld because the defendant did not timely plead. And the record is clear that he did not. And we we should presume that the district court was taking all this into account especially when this judge had cautioned in fact warned this defendant that at one of his hearings he actually came into court twice stated that he wanted to plead guilty and then balked. And the court warned him that he was starting to create the impression that he was manipulating the system and that if he came in on December 2nd the day set for trial and entered a plea at that late date the court could conclude that he would not be entitled to any adjustment for acceptance of responsibility. All that is true but didn't I don't know how you get around the fact that the government filed something on November 26 just a few days before that saying we are going to need a continuance if he tries to go to trial because we're not ready for trial. I don't know how that can be reconciled with saying the government had prepared for trial. What the government had or hadn't done at that point is not in the record but presumably the government is always required to stand ready. But they said that they weren't ready. I don't know if that would have made a difference when the court says to the defendant I have a jury waiting in the wings do you want to go to trial or do you want to plead guilty. But okay so say you have a scenario where the government isn't ready for trial but they have to go anyway at that point have they prepared for trial I mean this this sentencing reduction is about forcing the government to prepare for trial so even on that hypothetical I don't know whether it applies. Well presumably if a week before trial the prosecuting attorney is scrambling to to file something like this presumably she's thinking of an alternative alternative you know situation where they need to scramble to go to trial so until that conviction happens witnesses cannot stand down the government cannot rest. But wouldn't we at least need to remand on this issue I mean we don't have a declaration from that attorney saying I spent Thanksgiving preparing for trial and without that then how do we have how do we know that they prepared for trial? Well I think that the application notes to 3E1.1B are clear that the defendant is only entitled to the third point if he pleads particularly early in the case and they clarify that that's a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently. At this point one year after he'd made his initial appearance he's attempting to plead guilty so I don't think that there's anything in the record that shows he was entitled to that third point. Now you know could the government have used it as a carrot you know we can't the government cannot use it as a stick to say you know you didn't waive your your appellate rights and you can't have this but if they wanted to entice him with that third point even though he was clearly not entitled to it I think that that is up to the government's discretion. But it's clear here and it's also clear by the cases cited by the defendant in his opening in his reply brief all of these out-of-circuit cases that where the court found that the defendant was entitled to the third point it is undisputed that the guilty pleas in those cases were timely. In the United States versus Divens the Fourth Circuit case the defendant pled two months after indictment and he notified the court one day after receiving the government's plea agreement that he would be pleading guilty. Similarly in United States versus Lee the court is clear that it was undisputed that the guilty plea was the defendant pled guilty to an information and that was before he was even indicted. So clearly defendants in those cases were entitled to the third point because they did what the third point is expected to do entice the defendant to assist the government in their prosecution and investigation of that case and you know even if the defendant were entitled the reason the extraneous comment provided by the government at the sentencing hearing would not be a reason that the government could not withhold that third point because the application notes are clear the government can withhold that third point for any interest identified in 3e 1.1 and here the defendant as counsel has stated was refusing to plead to the relevant conduct of the lottery scheme and under 3e 1.1 that is a sufficient basis for denying that point. I guess I don't really follow that. Why? Well it does say in amendment 775 what was amended was that you know in Johnson for example in the Ninth Circuit the court had said that the government could withhold that third point for any reason including failure to waive appellate rights but the circuits were some circuits like in the fourth and the second had said you know that's not okay we can't withhold the third point for failure to waive so the amendment clarified and it said the government should not withhold that third point for failure to waive the pellet for anything not identified in section 3e 1.1 including agreeing with Lee from the Second Circuit that was about sentencing factors so why isn't that exactly what we have here? I believe if you the commentary to that amendment actually describes Lee but it doesn't go that far it recognizes that there is the circuit split where in Divens and Evans they had the other circuits had said it's not okay to not give the third point for failure to waive appellate rights and it cited Lee and it talked about how in Lee it was withheld for a sentence for requesting a sentencing hearing but the amendment doesn't go that far all it states is that the government may not withhold it for any reason not identified in 3e 1.1 so here if we look at the extraneous comment at the sentencing hearing given by the prosecutor what she's saying is your honor please don't take this into please don't take the third point into account under the 3553a factors because this defendant is distinct from his co-defendant Cyril who agreed to the sentencing factors and and he also agreed to both schemes to his involvement in both schemes and I believe that's what she's trying to say there however inartful it came out that the defendant here only agreed to his participation in the secret shopper scheme where his co-defendant agreed to his participation in both schemes but I don't understand I guess acceptance of responsibility for his offense the offense of conviction is something he completely accepted responsibility for and is there authority that says if he doesn't agree to a plea or acknowledge behavior which the government is no longer pursuing that point can be withheld well as your honor stated earlier oftentimes we see defendants plead guilty to certain counts in the indictment but then their sentences take into account all relevant conduct but but is there any authority that says you can withhold the acceptance of responsibility point because you have it acknowledged all these other things even though we haven't required you to plead guilty to that I mean I look at the guideline that says acceptance of responsibility for his offense it's not acceptance of responsibility for his offense and also the related contact conduct that the government's not requiring them to plead to well I would respectfully disagree as I stated earlier the the amendment is found in application note 6 to 3e 1.1 and the final the sentence that is important here is that the government should not withhold such a motion based on interest not identified in 3e 1.1 such as whether the defendant agrees to waive his or her right to appeal but in that sentence it's clear that the government can withhold it for any interest identified so look at the language of 3e 1.1 yes and under the defendant truthfully admitted the conduct comprising the offense of conviction and truthfully admitted or not falsely denied any additional relevant conduct for which the defendant is accountable and then at the end of that paragraph however defendant who falsely denies or frivolously contests relevant conduct that the court determines to be true has acted in a manner inconsistent with acceptance of responsibility so I think in denying his involvement in the lottery scheme in this case the government could have withheld the third point just on that basis alone even if he had time to plead if it's established the lottery scheme was something he participated in and was relevant conduct yes and I think well do we have that here yes I think here it was not clear error to to conclude the defendant participated in both schemes because well I understand you're against the clock but but this is a point we're pursuing so take a breath and and and point me to any finding by the district court that specifically says yes I'm holding him accountable for the lottery before the district court is there a finding to that effect well the finding your honor I think in addition to all the evidence that was before the district court that these schemes were both operated out of codependent cereals house where codependent and defendant resided together that they worked in a shared workspace I understand the evidence I don't think it's an impossible inference I just didn't find the inference being drawn by the district court so my question is meant to be a narrow one was there such a finding by the district court and if so where can I find it in the record I think the finding is implicit in the fact that the court found that all the losses were attributable to defendant and point me to that finding yes I think it is implicit that he found that all of these losses are attributable to him and I'd like to explain well no I understand the reasoning but I don't see a say it a sentence I don't see anything actually said by the district court to that effect and it may be if we have a remand that that that can be something the district court speaks to but I haven't seen it yet well your honor I would say that in finding that all 207 victims and all $663,557 were attributable as loss to defendant when we look at what was provided to the court the spreadsheet the declaration that supported the spreadsheet the victim statements the victim impact letters if you go back and read those the court had these in sentencing positions provided by the government the victim impact letters and if you look at er 185 through 191 there are complaints victim complaints that were directly from the consumer sentinel which described both schemes so maybe the judge just made a mistake well his presentation the presentation was made clear to the court and we should presume that he took all this into account that he read the filings and he saw the complaints from both the secret shopper and the lottery schemes they were quite clear that in some instances the victims were solicited to send taxes because they had won a lottery winning and other they were solicited to be secret shoppers and these are clearly described clearly depicted in the government's filings so the court must have known that these loss amounts were were the aggregate of the both schemes so it was not clear error for the court to conclude that the defendant participated in both schemes and attribute all of those losses to him thank you thank you I'm sure your office will pay you over time for the extra three minutes mr. Bernstein thank you your honor do we know for an absolute fact that there was no improper denial of relevant conduct yes we do the government moved for a two-level reduction for acceptance responsibility the district court granted it the quote that my friend just read you has to do with that two-level so comment note 1a says to qualify for the two-level the defendant must and I'll just quote so you don't take my word for it defendant must admit the conduct comprising the offenses of conviction and truthfully admit or not didn't not falsely deny any additional relevant conduct for which the levels unless you've admitted all of the relevant conduct which you are accountable that's the district courts finding that's the government saying yes you have admitted what we need you to admit for relevant conduct can the government say okay close enough we'll give you two points we didn't actually have to go to trial and everything but that third point you don't deserve that why can't they say that it's odd the third point has evolved over the years it has the but the guideline still puts the ball in the government's court and it's no longer quite the case that if the government decides not to serve the ball that's there's no game but the guideline still gives the government the the first chance to speak to that and there are times when you say well that's close but not quite enough so we'll give you two but not give you the third well let's talk about what the government actually spoke to so again this is the government's brief that 30s there their excerpts at GER 36 the government expects the defendant will enter a guilty plea on December 2nd or if the court allowed grants the defendants request for the hearing to enter his plea on December 1st the day before accordingly the government has not assigned another prosecutor prepare this case for trial in Elsa Lindsay's we know that whatever else the government could do or can't do they can't withhold it for sentencing reasons right that's that great quote from Lee that's the one piece we know and that's what happens here well and and and if the well let me let me just let me speak to that and I'll make you work a little bit over time as well because it's true I mean I look at 36 and read the fourth and yet it's it's not the case that all trial preparation work gets put on hold until you're right up against the date a lot of it does probably most of it does but there has been work presumably done in the preceding year isn't that something the government can decide look putting us in this position that's enough to deny you the third point and I think this now brings us back to full circle to I think what was judge Freeland's initial question which was do we need you know is it possible that they could come back and we could have a factual hearing and my answer was and remains absolutely yes I don't think it's necessary on this record but I'm certainly not suggesting to the court that absolutely not if the court feels that there is facts that need to be fully determined in order to get this 100% right then the proper course the simple course the most direct and fairest course is a remand for the court to get it right and I'm sure when that if and when that happens it will be more thoroughly out and and that will be decided then how much more time is your client have left till 2018 thank you thank you I thank both counsel for this very well argued case case just argued is submitted
judges: Fernandez, Clifton, Friedland